1  KAREN P. HEWITT
   United States Attorney
2  CHARLOTTE E. KAISER
   Assistant U.S. Attorney
3  California State Bar No. PENDING
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  619 557-7031 (Telephone)/619 557-5551 (Fax)
   Email: charlotte.kaiser@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,      )   Criminal Case No.   05CR1851-H
                                  )   Civil Case No.      07CV2040-H
11              Plaintiff,        )
                                  )   NOTICE OF APPEARANCE
12              v.                )
                                  )
13 MARIA DE JESUS-DIAZ,           )
                                  )
14              Defendant.        )
                                  )
15

16 TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17        I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned cases.

18        I certify that I am admitted to practice in this court or authorized to practice under CivLR

19 83.3.c.3-4.  There are no other government attorneys associated with this case.  Effective this date, the

20 following attorneys are no longer associated with this case and should not receive any further Notices

21 of Electronic Filings relating to activity in this case: Christopher R. McFadden; and U.S. Attorney CR.

22        Please feel free to call me if you have any questions about this notice.

23        DATED: November 23, 2007.

24                                      KAREN P. HEWITT
                                        United States Attorney
25

26
                                        s/Charlotte E. Kaiser
27                                      CHARLOTTE E. KAISER
                                        Assistant U.S. Attorney
28

|   |   |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIA DE JESUS-DIAZ,<br><br>Defendant. | Criminal Case No.   05CR1851-H<br>Civil Case No.   07CV2040-H<br><br>CERTIFICATE OF SERVICE |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY CERTIFIED THAT:

I, Charlotte E. Kaiser, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated November 23, 2007, and this Certificate of Service, dated November 23, 2007, on Maria De Jesus-Diaz via U.S. Mail at 97949-198, P.O. Box 5100, Adelanto, California, 92301 and via electronic filing with the Clerk of the U.S. District Court for the Southern District of California using its ECF System on Joel Martin Garrison, Attorney for Maria De Jesus-Diaz in Criminal Case No. 07CR1841-H.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on November 23, 2007.

                                                    s/Charlotte E. Kaiser
                                                  CHARLOTTE E. KAISER
                                                  Assistant U.S. Attorney